March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-                                                                              ____-CR-_____(___) (___)

Luis Cordero,
                            Defendant(s).                      21m307
-----------------------------------------------------------------X

Defendant __Luis Cordero_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**lc** Initial Appearance/Appointment of Counsel

**lc** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**lc** Preliminary Hearing on Felony Complaint

**lc** Bail/Revocation/Detention Hearing

**lc** Status and/or Scheduling Conference

**N/A** Misdemeanor Plea/Trial/Sentence


___/s/ Luis Cordero by SDA_____     ___/s/ Luis Cordero by SDA_____
Defendant's Signature                                 Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Luis Cordero**                                               **Bruce A. Barket**
Print Defendant's Name                              Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.

**1-21-2021**                                                  _/s/ Stewart D. Aaron_____
Date                                                                U.S. Magistrate Judge